IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTURY SURETY COMPANY,**

**Plaintiff,**

**v.**

**VINCENT BROWN,**

**Defendant.**                                    **No. 13-cv-354-DRH-PMF**

<u>**ORDER FOR DEFAULT JUDGMENT**</u>

**HERNDON, Chief Judge:**

This matter is before the Court on plaintiff's motion for default judgment (Doc. 11). Having been fully reviewed by the Court, and default having been entered against defendant, the motion is **GRANTED**. Judgment is entered in favor of plaintiff and against defendant Vincent Brown as follows:

(1) That Century policy number CCP561653 does not provide coverage with respect to the action entitled *Vincent Brown v. Terry Collins, d/b/a Kingshighway Amoco, BP Amoco Corporation, BP Corporation North America, Inc., Buck's, Inc., and Action ATM*, Case No. 11-L-140, pending in the Circuit Court of St. Clair County, Illinois.

(2) That Vincent Brown is enjoined from seeking to recover under Century policy number CCP561653 with respect to the action entitled *Vincent Brown v. Terry Collins, d/b/a Kingshighway Amoco, BP Amoco Corporation, BP Corporation North America, Inc., Buck's,*

*Inc., and Action ATM*, Case No. 11-L-140, pending in the Circuit Court of St. Clair County, Illinois.

**IT IS SO ORDERED.**

Signed this 21st day of August, 2013.

Digitally signed by David R. Herndon
Date: 2013.08.21 16:41:27 -05'00'

**Chief Judge**
**United States District Court**